# Order

May 5, 2015

150725(200)

MARKELL VANSLEMBROUCK, Minor, by and
through ERIC BRAVERMAN, Conservator,
   Plaintiff-Appellee,
and

KIMBERLY A. VANSLEMBROUCK,
   Plaintiff,

v

ANDREW JAY HALPERIN, M.D., and WILLIAM
BEAUMONT HOSPITAL,
   Defendants-Appellants,
and

MICHIGAN INSTITUTE OF GYNECOLOGY
AND OBSTETRICS, P.C.,
   Defendant.
_____/

**Michigan Supreme
Court
Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150725
COA: 309680
Oakland CC: 2006-074585-NH

   On order of the Chief Justice, the motion of Trinity Health-Michigan for leave to participate as amicus curiae is GRANTED. An amicus curiae brief from Trinity Health-Michigan will be accepted for filing if submitted on or before May 11, 2015.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2015

